IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Cheetah Omni, LLC**, <br> *Plaintiff*, <br><br> vs. <br><br> 1.  Verizon Services Corporation, <br> 2.  Verizon Business Network Services Inc., <br> 3.  Verizon Enterprise Delivery LLC, <br> and <br> 4.  Grande Communications Networks, Inc., <br> *Defendants*. | CIVIL ACTION NO. 6:11cv160 <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING THE JOINT MOTION FOR DISMISSAL WITH PREJUDICE WITH RESPECT TO VERIZON

Before the Court is the Joint Motion for Dismissal with Prejudice of Plaintiff Cheetah Omni, LLC's ("Cheetah") claims against Defendants Verizon Services Corporation, Verizon Business Network Services Inc., and Verizon Enterprise Delivery LLC ("Verizon"), and Verizon's counterclaims against Cheetah.  The Court being of the opinion that said motion should be **GRANTED**, it is:

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in the above-captioned action by and between Cheetah and Verizon are hereby dismissed with prejudice.

It is furthered ORDERED that all costs, expenses and attorney fees are to be borne by the party that incurred them.

So ORDERED and SIGNED this 14th day of October, 2011.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**